IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3107 |
| v. | ) | |
| RODNEY BREDEMEIER JR., | ) | ORDER ON MOTION TO SEAL |
| Defendant. | ) | |

    IT IS ORDERED the Motion to Seal, ECF No. 41, is granted.

    Dated June 4, 2012.

                      BY THE COURT

                      /s/ Warren K. Urbom

                      Warren K. Urbom
                      United States Senior District Judge